# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF FLORIDA

# MIAMI DIVISION

In re:

Gabriel Martinez            Case No.:16-19485-AJC

Debtor                     Chapter 7

_____/

Name: Gabriel Martinez
Street Address: 6995 NW 186 ST APT E-206
City and County: MIAMI GARDENS
State and Zip Code: FLORIDA 33015

*Adversary*
*No - 16-01647 AJC.*

Miami Postal Service Credit Union,

Plaintiff,

vs.

Gabriel Martinez

Defendant

_____/

## I, ANSWER

Jurisdiction is established by 28 U.S.C. § 1334 and 28 U.S.C. § 157. Defendant(s) answer the Complaint as follows:

1. Admit the statements contained in paragraphs numbers: FIRST, SECOND, THIRD, FOURTH and FIFTH.

2. Deny the statements contained in paragraph numbers: SIXTH

### 3. Defenses:

According to the most modern doctrine of law, a natural person incurs false pretenses when he makes an intentional statement with the intention of defrauding the victim and obtaining the title of the victim's personal property.

The intention to defraud is the intention to deceive others. It implies a specific intention to deceive others, to cause economic loss to others or to bring economic benefits to one-self.

The intent to defraud may also include the intent to deceive others, and induce that other person, in reliance on such deception, to assume, create, transfer, alter or terminate a right, obligation or power of ownership.

In Contractual Law, an implicit **bona fide pact** and **fair dealing** is a general presumption that the parties to a contract will treat each other honestly, fairly and in good faith, in order not to destroy the right of the other party or parts to receive the benefits of the contract. The implied covenant of good faith and fair dealing exists in virtually all contractual relationships. *Sepe v. City of Safety Harbor*, 761 So.2d 1182 (Fla. 2d DCA 2000); *see also County of Brevard v. Miorelli Engineering, Inc.*, 703 So.2d 1049 (Fla. 1997);

I have not acted in bad faith at any time because my credit line was granted to my name on 09/30/2015 and my bankruptcy application was at a later date. **"Exhibit One"**.

That I have not been able to foresee that I would be in an economic situation that would prevent me from fulfilling my monetary obligations does not in any way mean that I acted in bad faith.

Wherefore, I respectfully request that the court enter judgment that is necessary to dismiss the petition of the plaintiff.

*[signature]*

Name: **Gabriel Martinez**
Street Address: 6995 NW 186 ST APT E-206
City and County: MIAMI GARDENS
State and Zip Code: FLORIDA 33015



**Miami Postal Service Credit Union**
2190 NW 72nd Avenue
Miami, Florida 33122-1824
(305) 592-7733

CONSUMER LENDING PLAN
ADVANCE RECEIPT AND
TRUTH-IN-LENDING STATEMENT

| BORROWER 1 NAME | ACCOUNT NUMBER |
|---|---|
| GABRIEL MARTINEZ BARRERA | ~~redacted~~ |
| BORROWER 2 NAME | DATE |
| ZUCET CALVO | 09/30/2015 |

Thank you for taking a loan advance under your lending plan. This Advance Receipt and Truth-in-Lending Statement provides important information regarding the terms of this loan. This advance is governed by the terms of your Consumer Lending Plan, Open-end Credit Plan, or similar credit contract ("Plan").

IF YOU BELIEVE THAT ANY OF THIS INFORMATION IS INACCURATE, PLEASE CONTACT US IMMEDIATELY. By accepting the proceeds of this loan, you are agreeing to the terms stated below.

| **ANNUAL PERCENTAGE RATE:** The cost of your credit as a yearly rate. | **FINANCE CHARGE:** The dollar amount the credit will cost you. | **Amount Financed:** The amount of credit provided to you or on your behalf. | **Total of Payments:** The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 14.5000 % | $ 3,133.11 | $ 7,500.00 | $ 10,633.11 |

Your payment schedule will be:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| 59 | $ 177.23 | MONTHLY BEGINNING 11/10/2015 |
| 1 | $ 176.54 | 10/10/2020 |

**Security:** You are giving a security interest in your shares and deposits in the credit union, as well as the collateral described below. Collateral for other loans with us will also secure this loan, except for your home and household goods.

**Late Charges:** If a payment is received more than 15 days after the due date, you will be charged 5% of the monthly payment due, not to exceed $20.00.

**Required Deposit Balance:** The Annual Percentage Rate does not take into account your required deposit balance.

**Property Insurance:** You may obtain property insurance from anyone you want that is acceptable to us. If you do not obtain property insurance we will obtain it at your cost.

**Filing Fee:** $

**Prepayment:** If you pay off early, you will not have to pay a penalty.

"e" means estimate.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

| ITEMIZATION OF AMOUNT FINANCED OF | $ 7,500.00 | Amount Paid to Others on Your Behalf (Describe) | | | |
|---|---|---|---|---|---|
| AMOUNT GIVEN TO YOU DIRECTLY | $ 7,500.00 | GAP (a portion will be retained by us) | | | |
| AMOUNT PAID ON YOUR ACCOUNT | $ | $ | $ | $ | $ |
| PREPAID FINANCE CHARGE | $ | | | | |

**SECURITY INFORMATION**

| MOTOR VEHICLES: | YEAR | MAKE | MODEL | BODY TYPE | SERIAL NUMBER | |
|---|---|---|---|---|---|---|
| SHARES PLEDGED: | ACCOUNT NUMBER | | AMOUNT $ | ACCOUNT NUMBER | | AMOUNT $ |
| OTHER COLLATERAL: | | | | | | |

**Credit Insurance:** Thank you for purchasing optional credit insurance on your Consumer Lending Plan. The Total Estimated Premium for this loan is $_____, and is included in the payment schedule disclosed above. We will retain a portion of this amount. Yes! I confirm that I want optional credit insurance on this advance.

_____  _____
Borrower Initial                Co-Borrower Initial (if joint coverage)

**Security Interest:** When you signed your Plan, you granted a security interest in the above-described collateral, and your endorsement of the proceeds check and/or your acceptance of the goods purchased and funds advanced now confirm your intent to grant that security interest. The Security Agreement that you entered into when you opened your Plan shall govern the above-described collateral and security interest.

**Returned Payment Fee:** We will charge you $ 35.00 _____ if your payment is returned unpaid for any reason.

☐ **Balloon Auto Loan:** If checked, your loan is a balloon auto loan and you will execute an Addendum with Auto Financial Group, which will govern this advance. Those documents are hereby made a part of your Advance Receipt and Consumer Lending Plan, Open-end Credit Plan or similar document as if fully set forth herein. You also understand that you may exercise certain options with regard to the payment and/or refinancing of your "balloon payment", and that those options are set forth in, and governed by, the Addendum. You understand that a "balloon payment" is any payment more than twice your regular monthly payment and that such a balloon payment is disclosed above.

☐ **CONSUMER'S CLAIMS AND DEFENSES -- IF CHECKED, SEE NOTICE BELOW**

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

 COPYRIGHT 2009 Securian Financial Group, Inc. All rights reserved.



**Miami Postal Service Credit Union**
2190 NW 72nd Avenue
Miami, Florida 33122-1824
(305) 592-7733

# RISK-BASED PRICING NOTICE

| DATE |
|---|
| 09/30/2015 |

BORROWER'S NAME AND ADDRESS

**GABRIEL MARTINEZ BARRERA
6995 NW 186TH STREET
APT# E206
MIAMI GARDENS FL 33015-0000**

| LOAN NUMBER |
|---|
| ~~ |

| MEMBER NUMBER |
|---|
| ~~ |

## Your Credit Report and the Price You Pay for Credit

| | |
|---|---|
| **What is a credit report?** | A credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| **How did we use your credit report?** | We used information from your credit report to set the terms of the credit we are offering you, such as the Annual Percentage Rate.<br><br>The terms offered to you may be less favorable than the terms offered to consumers who have better credit histories. |
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report.<br><br>If you find mistakes on your credit report, contact ☒ **Equifax**<br>☐ **Transunion**<br>☐ **Experian**<br>which is the consumer reporting agency from which we obtained your credit report.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a copy of your credit report without charge for 60 days after you receive this notice. To obtain your free report, contact:<br><br>☒ *Credit Reporting Agency:* **Equifax Consumer**<br>   *By telephone:* Call toll-free: **800-685-1111**<br>   *By mail:* Mail your written request to: **P.O. Box 740241**<br>                                                    **Atlanta, GA 30374**<br>   *On the web:* Visit: **www.equifax.com**<br><br>☐ *Credit Reporting Agency:* **Transunion**<br>   *By telephone:* Call toll-free: **800-888-4213**<br>   *By mail:* Mail your written request to: **P.O.Box 1000**<br>                                                    **Chester, PA 19022**<br>   *On the web:* Visit: **www.Transunion.com**<br><br>☐ *Credit Reporting Agency:* **Experian**<br>   *By telephone:* Call toll-free: **888-397-3742**<br>   *By mail:* Mail your written request to: **P.O.Box 2002**<br>                                                    **Allen, TX 75013**<br>   *On the web:* Visit: **www.Experian.com** |
| **How can you get more information about credit reports?** | For more information about credit reports and your rights under federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

| Your Credit Score and Understanding Your Credit Score | |
|---|---|
| **Your credit score** | <u>696</u><br><br>Source: <u>EQUIFAX</u>                                    Date: <u>09/26/2015</u><br>        <u>P.O. Box 740241</u><br>        <u>Atlanta, GA 30374</u><br>        <u>800-685-1111</u><br>        <u>www.equifax.com</u> |
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report. We used your credit score to set the terms of credit we are offering you.<br><br>Your credit score can change, depending on how your credit history changes. |
| **The range of scores** | Scores range from a low of <u>334</u> to a high of <u>818</u> . |
| **Key factors that adversely affected your credit score** | 1. **TIME SINCE MOST RECENT ACCOUNT OPENING IS TOO SHORT**<br>2. **LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED**<br>3. **TOO MANY ACCOUNTS WITH BALANCES**<br>4. **NUMBER OF BANK/NATIONAL REVOLVING ACCOUNTS WITH BALANCES**<br>☐ If checked, the number of inquiries was also a key factor adversely affecting your credit score. |
| **How can you get more information about your credit score?** | If you have any questions regarding your credit score, please contact the consumer reporting agency listed above. |

If you applied for credit with a co-borrower or co-signer/guarantor, their credit score(s) may have affected the rate you have received. We are prohibited by law from disclosing a co-borrower's or co-signer/guarantor's credit score to you; co-borrowers will receive separate Risk-Based Pricing Notices.



**Miami Postal Service Credit Union**
2190 NW 72nd Avenue
Miami, Florida 33122-1824
(305) 592-7733

# RISK-BASED PRICING NOTICE

| | |
|---|---|
| DATE | 09/30/2015 |

BORROWER'S NAME AND ADDRESS

ZUCET CALVO
6995 NW 186TH STREET
APT# E206
MIAMI GARDENS FL 33015-0000

LOAN NUMBER

MEMBER NUMBER

## Your Credit Report and the Price You Pay for Credit

| | |
|---|---|
| **What is a credit report?** | A credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors. |
| **How did we use your credit report?** | We used information from your credit report to set the terms of the credit we are offering you, such as the Annual Percentage Rate.<br><br>The terms offered to you may be less favorable than the terms offered to consumers who have better credit histories. |
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report.<br><br>If you find mistakes on your credit report, contact ☒ **Equifax**<br>☐ **Transunion**<br>☐ **Experian**<br>which is the consumer reporting agency from which we obtained your credit report.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a copy of your credit report without charge for 60 days after you receive this notice. To obtain your free report, contact:<br><br>☒ *Credit Reporting Agency:* **Equifax Consumer**<br>  *By telephone:* Call toll-free: **800-685-1111**<br>  *By mail:* Mail your written request to: **P.O. Box 740241**<br>  **Atlanta, GA 30374**<br>  *On the web:* Visit: **www.equifax.com**<br><br>☐ *Credit Reporting Agency:* **Transunion**<br>  *By telephone:* Call toll-free: **800-888-4213**<br>  *By mail:* Mail your written request to: **P.O.Box 1000**<br>  **Chester, PA 19022**<br>  *On the web:* Visit: **www.Transunion.com**<br><br>☐ *Credit Reporting Agency:* **Experian**<br>  *By telephone:* Call toll-free: **888-397-3742**<br>  *By mail:* Mail your written request to: **P.O.Box 2002**<br>  **Allen, TX 75013**<br>  *On the web:* Visit: **www.Experian.com** |
| **How can you get more information about credit reports?** | For more information about credit reports and your rights under federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. |

1006 LASER FI15265 Rev 9-2012     Page 1 of 2     Produced by Securian Financial Group. Contains original work product.
Unauthorized Reproduction is Prohibited.

| Your Credit Score and Understanding Your Credit Score | |
|---|---|
| Your credit score | **660** <br><br> Source: **EQUIFAX**            Date: **09/26/2015** <br>         **P.O. Box 740241** <br>         **Atlanta, GA 30374** <br>         **800-685-1111** <br>         **www.equifax.com** |
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report. We used your credit score to set the terms of credit we are offering you. <br><br> Your credit score can change, depending on how your credit history changes. |
| The range of scores | Scores range from a low of **334** to a high of **818** . |
| Key factors that adversely affected your credit score | 1. **LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED** <br> 2. **PROPORTION OF BALANCES TO CREDIT LIMITS ON BANK REVOLVING OR OTHER** <br> 3. **TOO MANY INQUIRIES LAST 12 MONTHS** <br> 4. **TOO MANY ACCOUNTS WITH BALANCES** <br> ☐ If checked, the number of inquiries was also a key factor adversely affecting your credit score. |
| How can you get more information about your credit score? | If you have any questions regarding your credit score, please contact the consumer reporting agency listed above. |

If you applied for credit with a co-borrower or co-signer/guarantor, their credit score(s) may have affected the rate you have received. We are prohibited by law from disclosing a co-borrower's or co-signer/guarantor's credit score to you; co-borrowers will receive separate Risk-Based Pricing Notices.