**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourt.gov

| | |
|---|---|
| In re: | Case No.: 16-19485-AJC |
| Gabriel Martinez Barrera, | Chapter 7 |
|     Debtor. | |
| _____/ | |
| Miami Postal Service Credit Union, | Adv. Case No.: 16-1647-AJC |
|     Plaintiff, | |
| vs. | |
| Gabriel Martinez Barrera, | |
|     Defendant. | |
| _____/ | |

### MIAMI POSTAL SERVICE CREDIT UNION'S DISCLOSURES PURSUANT TO RULE 26, FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff/Creditor makes the following disclosures as required by the Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial (Doc. No.: 5) pursuant to Rule 26, Federal Rules of Civil Procedure:

### Rule 26(a)(1)(A) Disclosures

1. The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

**Answer:** Maria Morales, Collections Director, MPS Credit Union, c/o Heckman Law Group, P.O. Box 12492, Tallahassee, FL 32317-2492; (850) 296-9516. Subject of information: knowledge of the business records of the Plaintiff.

2. A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**Answer:**

Loan application
Loan agreement attached as "Exhibit One" to the Complaint.
Pay History of the Loan
Deposition Transcript of the Defendant

3. A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**Answer:** The computation of the money damages claimed by Plaintiff is stated in the Complaint.

4. Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Answer:** Not applicable to this action.

### Rule 26(a)(3)(A) Disclosures

1. The name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises.

**Answer:**

Maria Morales, Collections Director, MPS Credit Union
The Defendant
Any witnesses called by the Defendant

2. The designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition.

**Answer:** None.

3. Identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises.

**Answer:**

Loan application
Loan agreement attached as "Exhibit One" to the Complaint.
Pay History of the Loan
Deposition Transcript of the Defendant

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.:  0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone:  (850) 583-4161
E-Service:  eservice@heckmanlawgroup.com
HLG File No: 16-607


# CERTIFICATE OF SERVICE

**I CERTIFY** that a copy of the foregoing pleading was furnished to the addresses below by U.S. Mail and/or electronic means via the CM/ECF system on March 7, 2017 to:

Marcia Taragano Dunn, 555 NE 15th St Ste 7712, Miami, FL 331321452
*Trustee* (usual place of business)

Robert Sanchez, 355 W. 49th St, Hialeah, FL 33012
*Attorney for Debtor* (usual place of business)

Gabriel Martinez Barrera, 6995 NW 186th St., #E206, Miami Gardens, FL 33015-3442
*Debtor* (usual place of abode)

**Heckman Law Group, P.L.**

By: */s/ Chad D. Heckman*
Florida Bar No.:  0526029
Attorney for Creditor
P.O. Box 12492
Tallahassee, Florida 32317-2492
Phone:  (850) 583-4161
E-Service:  eservice@heckmanlawgroup.com
File 16-607