**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourt.gov

In re:  Case No.: 16-19485-AJC

Gabriel Martinez Barrera,  Chapter 7

      Debtor.
_____/

Miami Postal Service Credit Union,

      Plaintiff,  Adv. Case No.: 16-1647-AJC

vs.

Gabriel Martinez Barrera,

      Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

      The undersigned attorney gives notice that Plaintiff voluntarily dismisses the above-styled case and requests that any hearings thereon be cancelled.

      **Heckman Law Group, P.L.**

      By: */s/ Chad D. Heckman*
      Chad D. Heckman, Florida Bar No.: 0526029
      Jennifer M. Heckman, Florida Bar No.: 0554677
      Post Office Box 12492
      Tallahassee, Florida 32317
      Phone: (850) 583-4161
      E-Service: eservice@heckmanlawgroup.com
      HLG File No.: 16-607 LH

**CERTIFICATE OF SERVICE**

      **I CERTIFY** that a copy of the foregoing pleading was furnished by U.S. Mail and/or electronic means via the CM/ECF system on May 16, 2017, to:

Marcia Taragano Dunn, 555 NE 15th St Ste 7712, Miami, FL 331321452
*Trustee* (usual place of business)

Gabriel Martinez Barrera, 6995 NW 186th St., #E206, Miami Gardens, FL 33015-3442
*Debtor* (usual place of abode) and to timbauba69@att.net

      **Heckman Law Group, P.L.**

  By: */s/ Chad D. Heckman*
Chad D. Heckman, Florida Bar No.: 0526029
Jennifer M. Heckman, Florida Bar No.: 0554677
Post Office Box 12492
Tallahassee, Florida 32317
Phone: (850) 583-4161
E-Service: eservice@heckmanlawgroup.com
HLG File No.: 16-607  LH